# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JARVIS MATHIS, | ) | No. 24-cv-4278 |
| | ) | |
| Plaintiff, | ) | Hon. Sharon Johnson Coleman |
| | ) | |
| v. | ) | Hon. Keri L. Holleb Hotaling |
| | ) | |
| CITY OF CHICAGO and CHICAGO POLICE OFFICERS R. COLLINS, Star No. 4430, M. FERGUSON, Star No. 17252, and J. HELSTERNWOOD, Star No. 9770, | ) ) ) ) ) | |
| Defendants. | ) | JURY DEMANDED |

## AGREED MOTION FOR ENTRY OF JUDGMENT

Now comes the Plaintiff, Jarvis Mathis, by and through his attorneys, and by and through his attorney Christopher R. Smith, moving as follows:

1. On September 11, 2024, Plaintiff filed a Notice of Acceptance of a Rule 68 Offer of Judgment from the City of Chicago and the Rule 68 Offer of Judgment as Exhibit A.

2. On September 27, 2024, Plaintiff submitted a Proposed Entry of Judgment Order to the Courts proposed order email. The Proposed order was reviewed and accepted by all parties.

3. Plaintiff seeks entry of the proposed Order of Judgment.

WHEREFORE, the Plaintiff, Jarvis Mathis, with the agreement of All Defendants seek entry of the Proposed Order of Judgment.

Respectfully Submitted,

s/ Christopher R. Smith
Christopher Smith Trial Group, LLC
53 W. Jackson, Suite 856
Chicago, IL 60604

(312)432-0400
chris@crstrialgroup.com

*One of Plaintiff's Attorneys*